UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                                        Plaintiff,                    22 Civ. 9970 (PAE) (JW)

                    -v-
                                                                      ORDER TO
MP WEST 351 LLC AND 361 WEST 34TH ST. CORP.,                     SHOW CAUSE

                                        Defendants.


PAUL A. ENGELMAYER, District Judge:

On November 22, 2022, plaintiff filed the complaint in this case. Dkt. 1. On December

5, 2022, plaintiff served defendant with process, making defendant's deadline to answer or

otherwise respond September 30, 2022. *See* Dkts. 8–9. Defendant has not responded to the

complaint or otherwise appeared in this action. Plaintiff, however, has not obtained a certificate

of default from the Clerk of Court or filed a motion for default judgment against defendants, and

no progress has otherwise been made in this case.

Accordingly, it is hereby ORDERED that plaintiff shall show cause by February 13, 2023

why the above-captioned action should not be dismissed for failure to prosecute, pursuant to

Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly

submitting a motion for default judgment, pursuant to the Court's Individual Rules, which

requires obtaining a certificate of default issued by the Clerk of Court prior to filing a motion for

default judgment. Failure to submit a timely and proper motion for default judgment will result

in dismissal without prejudice of this case under Rule 41.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 30, 2023
New York, New York